**Order entered July 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00184-CR

**VICTOR LEE WILKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-41359-Y**

## ORDER

Before the Court is appellant's July 13, 2018 second motion for extension of time to filed his brief. We **GRANT** the motion and **ORDER** the brief filed on or before August 14, 2018. Appellant is cautioned that the failure to file his brief by that date may result in this appeal being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b)(3).

/s/     LANA MYERS
         JUSTICE